UNITED STATES DISTRICT COURT
District of New Jersey

Chambers of
THE HONORABLE STANLEY R. CHESLER

Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608
(609) 989-2182
(609) 989-0496 (fax)

June 7, 2006

Charles Quinn, Esquire
Graham, Curtin & Sheridan, PA
4 Headquarters Plaza
PO Box 1991
Morristown, New Jersey 07962

Lora L. Fong, Esquire
Greenbaum, Rowe, Smith & Davis, LLP
Metro Corporate Campus One
PO Box 5600
Woodbridge, New Jersey 07095-0988

    Re:    **V. Patel and Sons, Inc., vs. Shree Shiv Shaki Food, Inc., et al.,
Docket No. 06-1978 (SRC)**

Dear Counsel:

    This letter is to confirm that the Court has scheduled a settlement conference in the above captioned matter for **Thursday, June 8, 2006** at **11:30 a.m.** in the **Newark** vicinage. Counsel has been advised that they are to be present along with the parties, representatives of the parties, and/or insurance company representatives with full settlement authority.

    Very truly yours,

    s/ Stanley R. Chesler
    STANLEY R. CHESLER
    United States District Judge

cc:    Clerk
        All parties
        File